```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

TRACY AND TARA DARLAND                                      PLAINTIFFS

V.                    CIVIL NO. 13-6061

STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY                                  DEFENDANT

## O R D E R

Currently before the Court is Plaintiff's Motion to Non-Suit. (Doc. 19). Counsel for Defendant advised the Court it has no objection. Upon due consideration, Plaintiff's motion (doc. 19) is GRANTED and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. The parties shall bear their own costs and attorney fees. Should Plaintiffs refile their complaint, the Court may consider requiring Plaintiffs to compensate Defendant for any duplicative costs and attorney's fees incurred. In addition, the Court will require any refiling to be in the Western District of Arkansas and assigned to Judge Robert T. Dawson.

IT IS SO ORDERED this 11th day of February 2014.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge